**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:06-cr-00100-RCJ-RJJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MAYNARD MARTIN RICHARDS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Robert J. Johnston, entered January 26, 2009 (#63). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation (#63) of the United States Magistrate Judge entered January 26, 2009, should be affirmed.

IT IS THEREFORE ORDERED Magistrate Judge Johnston's Report and Recommendation (#63) be affirmed and adopted, and that Defendant's Motion to Dismiss Indictment (#38) be **DENIED.**

DATED:     March 4, 2009

_____
UNITED STATES DISTRICT COURT